Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michael Hunter )
                                             ) Case No: 3:15-cv-02300
                   Plaintiff(s),             )
                                             ) **APPLICATION FOR**
       v.                                    ) **ADMISSION OF ATTORNEY**
URS Corporation                              ) **PRO HAC VICE**
                                             ) (CIVIL LOCAL RULE 11-3)
                                             )
                   Defendant(s).             )

   I, James A. Francis, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Michael Hunter in the above-entitled action. My local co-counsel in this case is Stephanie R. Tatar, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Francis & Mailman, P.C. | 3500 West Olive Avenue, Suite 300 |
| 100 S. Broad St, 19th Fl, Philadelphia PA 19110 | Burbank, CA 91505 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 735-8600 | (323) 744-1146 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jfrancis@consumerlawfirm.com | stephanie@thetatarfirm.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 77474.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/02/15                                        James A. Francis
                                                           APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of James A. Francis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 2, 2015

                                          UNITED STATES MAGISTRATE JUDGE
                                          *Judge Maria-Elena James*

PRO HAC VICE APPLICATION & ORDER                                    October 2012



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*James A. Francis, Esq.*

### DATE OF ADMISSION

*May 20, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 2, 2015

Patricia A. Johnson
Chief Clerk