1  SEYFARTH SHAW LLP
   Laura Maechtlen (SBN 224923)
2  lmaechtlen@seyfarth.com
   Tamara Fisher (SBN 238170)
3  tafisher@seyfarth.com
   William David (SBN 302016)
4  wdavid@seyfarth.com
   560 Mission Street, 31st Floor
5  San Francisco, California 94105
   Telephone:    (415) 397-2823
6  Facsimile:    (415) 397-8549

7  SEYFARTH SHAW LLP
   Pamela Q. Devata (*Pro Hac Vice*)
8  E-mail:  pdevata@seyfarth.com
   131 South Dearborn Street, Suite 2400
9  Chicago, Illinois 60603
   Telephone:    (312) 460-5000
10 Facsimile:    (312) 460-7000

11 Attorneys for Defendant
   URS CORPORATION

12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 MICHAEL HUNTER, individually, and on behalf    Case No. 3:15-cv-2300 CRB
   of a class of similarly situated persons,
18                                                **SUBSTITUTION OF ATTORNEY AND**
                        Plaintiff,               **ORDER**
19
              v.
20
   URS CORPORATION,
21
                        Defendant.
22

23

24         NOTICE IS HEREBY GIVEN that, subject to approval by the court, Defendant URS

25 Corporation substitutes Laura Maechtlen, State Bar No. 224923, a Partner with Seyfarth Shaw, LLP,

26 560 Mission Street, Suite 3100, San Francisco, CA  94105; telephone 415/397-2823; facsimile

27 415/397-8549; lmaechtlen@seyfarth.com, as counsel of record in place of Richard Keith Chapman.

28

1    I consent to the above substitution.

2    DATED: August 14, 2015                          Respectfully submitted,

3                                                    URS CORPORATION

4

5                                                    By: /s/ *Gilda Malek*

6                                                    Gilda Malek
                                                     Vice President, Assistant General Counsel,
7                                                    Labor & Employment
                                                     URS CORPORATION

8

9    I consent to being substituted.

10   DATED: August 14, 2015                          Respectfully submitted,

11                                                   LITTLER MENDELSON, P.C.

12

13                                                   By: /s/ *R. Keith Chapman*

14                                                   R. Keith Chapman
                                                     Attorneys for Defendant
15                                                   URS CORPORATION

16   I consent to the above substitution.

17   I attest that concurrence in the filing of the document has been obtained from each of the

18   signatories, which shall serve in lieu of their signatures on the document.

19   DATED: August 20, 2015                          Respectfully submitted,

20                                                   SEYFARTH SHAW LLP

21

22                                                   By: /s/ *Laura Maechtlen*

23                                                   Laura Maechtlen
                                                     Pamela Q. Devata (*Pro Hac Vice*)
24                                                   Tamara Fisher
                                                     William David
25                                                   Attorneys for Defendant
                                                     URS CORPORATION

26   ///

27   ///

28   ///

**ORDER**

The substitution of attorney is hereby approved.

SO ORDERED.

Date:   August 21, 2015

_____
CHARLES R. BREYER
Senior District Judge
US District Court, Northern California