TATAR LAW FIRM, APC
Stephanie R. Tatar (CA Bar No. 237792)
*Stephanie@thetatarlawfirm.com*
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146 / Facsimile: (888) 778-5695

Attorney for Plaintiff Michael Hunter and the Proposed Classes
Additional attorneys on signature page

SEYFARTH SHAW LLP
Laura J. Maechtlen (CA Bar No. 224923)
*lmaechtlen@seyfarth.com*
Tamara Fisher (CA Bar No. 238170)
*tafisher@seyfarth.com*
William David (CA Bar No. 302016)
*wdavid@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Defendant URS Corporation
Additional attorney on signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HUNTER, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>URS CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-2300 (CRB)<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Date: August 28, 2015<br>Judge: Judge Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Complaint Filed: May 21, 2015<br>Answer Filed: July 31, 2015 |

WHEREAS, Plaintiff Michael Hunter ("Plaintiff") filed his Complaint in this matter on May 21, 2015 (Dkt. No. 1);

WHEREAS, Defendant URS Corporation ("Defendant") filed its Answer on July 31, 2015 (Dkt. No. 21);

WHEREAS, on August 13, 2015, the Court set a Case Management Conference for August 28, 2015 (Dkt. No. 30);

1     WHEREAS, due to schedules of counsel for the Plaintiff, including previously scheduled vacations, existing litigation deadlines, and a trial during the week of August 24-28, counsel for Plaintiff is not available to appear on August 28, 2015;

    WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have met and conferred and agreed to a two-week extension of the Case Management Conference;

    WHEREAS, the Parties have met and conferred and contemporaneously submit a Joint Case Management Conference and Proposed Order;

    WHEREAS, the Parties jointly propose that the Case Management Conference be moved from August 28, 2015 until September 11, 2015;

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the date of the Case Management Conference in this matter be moved from August 28, 2015 to September 11, 2015.

                                    Respectfully submitted,


DATED:  August 21, 2015             FRANCIS & MAILMAN, PC
                              By:   */s/ James A. Francis*
                                    James A. Francis
                                    John Soumilas
                                    Stephanie Tatar
                                    Sarah R. Schalman-Bergen
                                    Shanon J. Carson

                                    FRANCIS & MAILMAN, P.C.
                                    James A. Francis, (PA Bar No. 77474)*
                                    *jfrancis@consumerlawfirm.com*
                                    John Soumilas (PA Bar No. 84527)*
                                    *jsoumilas@consumerlawfirm.com*
                                    100 S. Broad Street, 19th Floor
                                    Philadelphia, PA 19110
                                    Telephone: (215) 735-8600
                                    Facsimile: (215) 940-8000

                                    BERGER & MONTAGUE, P.C.
                                    Sarah R. Schalman-Bergen (PA Bar No. 206211)*
                                    *Sschalman-bergen@bm.net*
                                    Shanon J. Carson (PA Bar No. 85957)*
                                    *scarson@bm.net*

```
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        Telephone: (215) 875-3053
                                        Facsimile: (215) 875-4604
                                        *admitted pro hac vice

                                        Attorneys for Plaintiff Michael Hunter and the
                                        Proposed Classes

DATED:  August 21, 2015                 SEYFARTH SHAW LLP

                                By:     /s/ Laura J. Maechtlen
                                        Laura J. Maechtlen
                                        Pamela Q. Devata*
                                        Tamara Fisher
                                        William David


                                        SEYFARTH SHAW LLP
                                        Pamela Q. Devata (IL Bar No. 6275731)*
                                        pdevata@seyfarth.com
                                        131 South Dearborn Street, Suite 2400
                                        Chicago, Illinois  60603
                                        Telephone: (312) 460-5882
                                        Facsimile: (312) 460-7882
                                        *admitted pro hac vice

                                        Attorneys for Defendant
```

## **ORDER**

Upon consideration of the parties' stipulation to change the date of the initial Case Management Conference in this matter, the parties are ordered to appear for a Case Management Conference on September 11, 2015.

**IT IS SO ORDERED.**

Date: August 25, 2015

District Judge Charles R. Breyer