TATAR LAW FIRM, APC
Stephanie R. Tatar (CA Bar No. 237792)
*Stephanie@thetatarlawfirm.com*
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146 / Facsimile: (888) 778-5695

Attorney for Plaintiff Michael Hunter and the Proposed Classes
Additional attorneys on signature page

SEYFARTH SHAW LLP
Laura J. Maechtlen (CA Bar No. 224923)
*lmaechtlen@seyfarth.com*
Tamara Fisher (CA Bar No. 238170)
*tafisher@seyfarth.com*
William David (CA Bar No. 302016)
*wdavid@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Defendant URS Corporation
Additional attorney on signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HUNTER, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>URS CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-2300 (CRB)<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY AND BRIEFING ON DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Judge: Hon. Charles R. Breyer |

WHEREAS, during the Case Management Conference held by the Court on September 11, 2015, Defendant URS Corporation ("Defendant") expressed its intent to file a Motion to Transfer this litigation (the "Motion");

1    WHEREAS, during the September 11, 2015 Case Management Conference, counsel for Plaintiff Michael Hunter ("Plaintiff") stated that Plaintiff will need certain discovery in order to meaningfully respond to any motion to transfer;

WHEREAS, the Court's Order following the Case Management conference (Dkt. No. 42) directed Defendant to file the Motion by September 25, 2015, and set a November 20, 2015 hearing date, but did not set further discovery or briefing deadlines;

WHEREAS, on September 25, 2015, Defendant filed a Motion to Transfer (Dkt. No. 43), including declarations by three witnesses;

WHEREAS, on September 29, 2015, Plaintiff served written discovery requests and deposition notices seeking information, documents, and testimony which he contends is necessary to properly respond to the Motion, including deposition of the declarants supporting the Motion;

WHEREAS, the current deadline for Plaintiff to oppose the Motion is set for October 9, 2015 pursuant to L.R. 7-3(a);

WHEREAS, the Parties have met and conferred and jointly propose that Plaintiff's Opposition to the Motion be due October 30, 2015, with any Reply by Defendant due November 13, 2015;

WHEREAS, the proposed briefing schedule will not affect the hearing on the Motion currently set for November 20, 2015.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Plaintiff's deadline to file an Opposition to Defendant's Motion to Transfer (Dkt. No. 43) is set for October 30, 2015, and Defendant's deadline to file a Reply is set for November 13, 2015.

Respectfully submitted,

DATED: October 5, 2015         FRANCIS & MAILMAN, PC
                        By:    /s/ James A. Francis
                               James A. Francis
                               John Soumilas
                               Stephanie Tatar
                               Sarah R. Schalman-Bergen

Shanon J. Carson

FRANCIS & MAILMAN, P.C.
James A. Francis, (PA Bar No. 77474)\*
*jfrancis@consumerlawfirm.com*
John Soumilas (PA Bar No. 84527)\*

*jsoumilas@consumerlawfirm.com*
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

BERGER & MONTAGUE, P.C.
Sarah R. Schalman-Bergen (PA Bar No. 206211)\*
*Sschalman-bergen@bm.net*
Shanon J. Carson (PA Bar No. 85957)\*
*scarson@bm.net*
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3053
Facsimile: (215) 875-4604
\*admitted *pro hac vice*

*Attorneys for Plaintiff Michael Hunter and the Proposed Classes*

DATED:  October 5, 105          SEYFARTH SHAW LLP

By:   */s/ Tamara Fisher*
Laura J. Maechtlen
Pamela Q. Devata\*
Tamara Fisher
William David

SEYFARTH SHAW LLP
Pamela Q. Devata (IL Bar No. 6275731)\*
pdevata@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois  60603
Telephone: (312) 460-5882
Facsimile: (312) 460-7882
\*admitted *pro hac vice*

*Attorneys for Defendant*

3

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND
BRIEFING ON DEFENDANT'S MOTION TO TRANSFER VENUE
CASE NO. 3:15-CV-2300 (CRB)

# ORDER

Upon consideration of the parties' stipulation to set a briefing schedule on Defendant's Motion to Transfer, it is hereby ordered that Plaintiff's deadline to file an Opposition to the Motion to Transfer Venue is October 30, 2015, and Defendant's deadline to file a Reply is November 13, 2015.

**IT IS SO ORDERED.**

Date:  October 20, 2015

District Judge Charles R. Breyer

4

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND
BRIEFING ON DEFENDANT'S MOTION TO TRANSFER VENUE
CASE NO. 3:15-CV-2300 (CRB)